R. E. ARBUTHNOT et al.
v.
Bonnie DEVERICK.
No. 5448.

United States Court of Appeals
Tenth Circuit.

Aug. 1, 1956.

Royce, Hampton, Dunham, Royce & Engleman, Salina, Kan., for appellants.

Morris, Bailey & Kiser, Wichita, Kan., for appellee.

Before BRATTON, Chief Judge, and PHILLIPS, Circuit Judge.

Docketed and dismissed on motion of appellee, for failure of appellants diligently to prosecute.

Arthur MURRAY, Petitioner,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent.
No. 12952.

United States Court of Appeals
Sixth Circuit.

Dec. 10, 1956.

Eichenbaum, Scott & Miller, W. S. Miller, Jr., Little Rock, Ark., for petitioner.

Charles K. Rice, John Potts Barnes, John N. Stull, Robert N. Anderson and John M. Morawski, Washington, D. C., for respondent.

PER CURIAM.

Pursuant to the stipulation of the parties filed herein, it is ordered and decreed that this petition for review may be, and it hereby is, dismissed.

NATIONAL LABOR RELATIONS BOARD, Petitioner,
v.
METCO PLATING COMPANY, Respondent.
No. 12978.

United States Court of Appeals
Sixth Circuit.

Nov. 30, 1956.

Marcel Mallet-Prevost, Washington, D. C., Thomas Roumell, District Director, N. L. R. B., Detroit, Mich., for petitioner.

Derderian, Murphy & Guidot, Detroit, Mich., for respondent.

PER CURIAM.

Upon consideration of the motion of the petitioner for summary entry of a decree;

And it appearing that the respondent has not filed and does not intend to file a response thereto;

It is hereby ordered and decreed that the order of the National Labor Relations Board in this cause be and it hereby is enforced.

UNITED STATES of America
v.
Frances L. McDANIEL et al.
No. 5505.

United States Court of Appeals
Tenth Circuit.

Nov. 19, 1956.

Donald E. Kelley, U. S. Atty., and H. Lawrence Hinkley, Asst. U. S. Atty., Denver, Colo., for appellant.

J. Fred Schneider, Denver, Colo., for appellees.

Before BRATTON, Chief Judge.

Dismissed on motion of appellant.